United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Cedric Dajuan Jones<br>4545 Old Cusseta Road<br>Apt. A6<br>Columbus, GA 31903 | Chapter 13<br><br>Case No. 11-40347-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $261.63 in unclaimed funds of Cedric Dajuan Jones and , debtor(s).

Last Known Address (Most recent listed left to right):

Cedric Dajuan Jones
4545 Old Cusseta Road
Apt. A6
Columbus, GA 31903

Dated: 6/23/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee